EMMA R. BUTLER *vs.* FREDERICK J. STARK.

Suffolk. Nov. 19, 1884. — Feb. 27, 1885. FIELD & COLBURN, JJ., absent.

If a person buys a parcel of land at a tax collector's sale, and receives a deed thereof, which is recorded before the first day of May, and no other transfer of the parcel is made until after that date, he is the "person appearing of record as owner," within the Pub. Sts. *c.* 11, § 13, and a tax upon the land is properly assessed to him, although the former owner had on said first day of May a right to redeem the land.

BILL IN EQUITY, filed December 8, 1883, to remove a cloud upon the title to four parcels of land in Boston. Hearing before *C. Allen*, J., who reported for the consideration of the full court the following case :

From 1870 to 1881, John H. Butler owned four estates in Boston, and was assessed therefor legally. On July 1, 1881,

said estates were sold to John H. Stark at collector's sale, lawfully held, for the tax of 1876 lawfully assessed, and the deed was placed on record before May 1, 1882, and the estates were not sold or transferred to any other person until after May 1, 1882.

Said estates were assessed to John H. Stark on May 1, 1882, and the same were sold to the defendant on August 30, 1883, for non-payment of the taxes assessed.

In December, 1882, John H. Butler sold his title to said estates to the plaintiff, who paid to John H. Stark the amount paid by him to the city under the sale of July 1, 1881, together with all interest and expenses thereon, and took from said Stark a deed of the estates, which was immediately recorded. The plaintiff has never offered to redeem said estates from the defendant.

On the above facts, the judge found that said estates were properly and legally assessed to John H. Stark on May 1, 1882, and were legally sold to the defendant; and dismissed the bill.

*J. H. Butler*, for the plaintiff.

*A. J. Bailey*, for the defendant.

HOLMES, J. The tax deed to Stark conveyed an estate in fee simple, although subject to redemption for a limited time. *Parker* v. *Baxter*, 2 Gray, 185. *Coughlin* v. *Gray*, 131 Mass. 56, 57. *Langley* v. *Chapin*, 134 Mass. 82. The deed was recorded, and therefore, in the absence of statute to the contrary, Stark was the "person appearing of record as owner" of the land when it was assessed to him, on May 1, 1882, and the assessment to him was proper. Pub. Sts. *c.* 11, § 13. See *Miner* v. *Pingree*, 110 Mass. 47. *Bill dismissed.*